UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL STONE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, MULE CREEK STATE PRISON,<br><br>　　　　　Respondent. | No. 2:21-cv-1708 TLN AC P<br><br><br><br>ORDER |

　　　Petitioner, a state prisoner proceeding pro se, has filed motion requesting judgment in his favor because he has not received a response to his petition as of February 17, 2022. ECF No. 17.

　　　Respondent filed an answer to the petition on January 20, 2022 (ECF No. 14), and has now filed a certificate of service indicating that the answer was re-served on petitioner on February 24, 2022 (ECF No. 18).

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1. Petitioner shall have until March 31, 2022, to file a traverse.

　　　2. Petitioner's motion for judgment, ECF No. 17, is DENIED.

DATED: March 1, 2022

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE